UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Diane Adams,

                Defendant.

---

7:17-MJ-1423(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on June 15, 2017 Sentences the Defendant to be incarcerated for 15 days with respect to count number one and sentenced to incarceration for 15 days with respect to count number two, to run consecutively for a total of 30 days, in the custody of the Attorney General of the State of New York. Defendant is remanded to the custody of the U.S. Marshals.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge